**IN THE SUPREME COURT OF PENNSYLVANIA
WESTERN DISTRICT**

| | | |
|---|---|---|
| ERNEST WOODALL, | : | No. 110 WM 2016 |
| Petitioner | : | |
| v. | : | |
| HON. JOHN A. ZOTTOLA, | : | |
| Respondent | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 28th day of December, 2016, the Application for Leave to File Original Process is **GRANTED**, and the Petition for Writ of Mandamus, the Application for Relief, and the Request of Court for Summary Judgment Relief are **DENIED**. The Prothonotary is **DIRECTED** to strike the name of the jurist from the caption.